No. 327. ORGANIZED VILLAGE OF KAKE ET AL. *v.* EGAN, GOVERNOR OF ALASKA. Appeal from the District Court for Alaska. The motion of *Edward G. Dobrin* to withdraw appearance as counsel for appellant is granted.

No. 416. GONZALES *v.* UNITED STATES. C. A. 10th Cir. Certiorari granted. *Hayden C. Covington* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 436. CORY CORPORATION ET AL. *v.* SAUBER. C. A. 7th Cir. Certiorari granted. *Stanford Clinton* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Grant W. Wiprud* for respondent.

No. 441. HENDRICKS, ADMINISTRATRIX, *v.* SOUTHERN PACIFIC Co. Supreme Court of Arizona. Certiorari granted. *Alfred C. Marquez* for petitioner. *Harold C. Warnock* for respondent.

No. 393. ORDER OF RAILWAY CONDUCTORS AND BRAKEMEN ET AL. *v.* SWITCHMEN'S UNION OF NORTH AMERICA ET AL. C. A. 5th Cir. Certiorari denied. *Benning M. Grice, V. Craven Shuttleworth, Harry E. Wilmarth* and *Wayland K. Sullivan* for petitioners. *Ralph L. Crawford, John B. Miller* and *Julian C. Sipple* for respondents.